# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 22-02091 |
|     Nicole DeRoo | ) | | |
| | ) | Chapter: | Chapter 13 |
|         Debtor | ) | | |
| | ) | Judge: | David D. Cleary |

## NOTICE OF MOTION

TO**:** See attached list

    PLEASE TAKE NOTICE that on December 19, 2022 at 1:30 PM, I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, **either** in Courtroom 644 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604, **or** electronically as described below, and present the motion of Nicole DeRoo to modify her Chapter 13 Plan, a copy of which is attached.

    **All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

    You may appear electronically be video or by telephone.

    **To appear by video**, use this link: https://www.zoomgov.com/.  Then enter the meeting ID and passcode.

    **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

    **Meeting ID and passcode**.  The meeting ID for this hearing is 161 122 6457 and the passcode is Cleary644. The meeting ID and passcode can also be found on the judge's page on the court's website.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

                                    **By:**     */s/ Dale Allen Riley*
                                                          Dale Allen Riley
                                                          Geraci Law L.L.C.
                                                          55 E. Monroe Street #3400
                                                          Chicago, Illinois 60603
                                                          312.332.1800
                                                          ndil@geracilaw.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | | |
|---|---|---|---|
| **In Re:** | ) | **Case No:** | **22-02091** |
| **Nicole DeRoo** | ) | | |
| | ) | **Chapter:** | **Chapter 13** |
| **Debtor** | ) | | |
| | ) | **Judge:** | **David D. Cleary** |

## CERTIFICATE OF SERVICE

I, Dale Allen Riley, hereby certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list by causing the same to be mailed in a properly addressed envelope, postage prepaid, from 55 E. Monroe, Suite 3400, Chicago, Illinois, on November 23, 2022 at 10:39 AM**.**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| In Re: | ) | Case No: | 22-02091 |
| Nicole DeRoo | ) | | |
| | ) | Chapter: | Chapter 13 |
| Debtor | ) | | |
| | ) | Judge: | David D. Cleary |

## LIST OF PARTIES SERVED

Marilyn O. Marshall, 224 S. Michigan Ave. #800 , Chicago, IL 60604

Office of the U.S. Trustee, 219 S. Dearborn, Suite 873, Chicago, Illinois 60604

Nicole M DeRoo, 8621 W 169th St, , Orland Park, IL 60462

See attached list

Rec No. 873837
WD - NOTICE OF MOTION HYBRID

Nicole M DeRoo
8621 W 169th St,
Orland Park, IL 60462

ALLY Financial
Attn: Bankruptcy Dept.
200 Renaissance Ctr # B0
Detroit MI 48243

CT Corporation
Registered Agent For ALLY Financial
Attn: Bankruptcy Department
208 So Lasalle St, ste 814
Chicago IL 60604

Bright Lending
Bankruptcy Dept
PO Box 578
Ft. Belknap Agency
Hays MT 59527

Capital ONE BANK USA N
Attn: Bankruptcy Dept.
Po Box 31293
Salt Lake City UT 84131

Capital ONE BANK USA N.A.
C/O Portfolio Recov Assoc
150 Corporate Blvd
Norfolk VA 23502

Comenity BANK
C/O Midland Credit Managem
320 E Big Beaver Rd Ste
Troy MI 48083

COMENITY BANK/Buckle
Attn: Bankruptcy Dept.
Po Box 182789
Columbus OH 43218

Comenitybank/Victoria
Attn: Bankruptcy Dept.
Po Box 182789
Columbus OH 43218

Comenitycb/ULTA MC
Attn: Bankruptcy Dept.
Po Box 182120
Columbus OH 43218

Credit Fresh
200 Continential Dr
Ste 401
Newark DE 19713

Credit ONE BANK NA
Attn: Bankruptcy Dept.
Po Box 98875
Las Vegas NV 89193

Evergreen
204 SE park Plaza Dr
Ste 105
Vancouver WA 98684

FEB DESTINY/GF
Attn: Bankruptcy Dept.
15220 Nw Greenbrierpkwy
Beaverton OR 97006

First Premier BANK
Attn: Bankruptcy Dept.
601 S Minnesota Ave
Sioux Falls SD 57104

KAY JEWELERS/Genesis
Attn: Bankruptcy Dept.
15220 Nw Greenbrier Pkwy
Beaverton OR 97006

Kohls/Capone
Attn: Bankruptcy Dept.
N56 Ridgewood Dr
Menomonee Fal WI 53051

MaxLend
Bankruptcy Dept
PO Box 639
Parshall ND 58770

Onemain
Attn: Bankruptcy Dept.
Po Box 1010
Evansville IN 47706

Syncb/Walmart
Attn: Bankruptcy Dept.
Po Box 965024
Orlando FL 32896

T-Mobile USA
C/O Convergent Outsourcing
800 Sw 39Th St
Renton WA 98057

US DEPT OF ED/Glelsi
Attn: Bankruptcy Dept.
Po Box 7860
Madison WI 53707

Webbank
C/O LVNV Funding LLC
Po Box 1269
Greenville SC 29602

Webbank/Fingerhut
Attn: Bankruptcy Dept.
6250 Ridgewood Rd
Saint Cloud MN 56303

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 22-02091 |
|    Nicole DeRoo | ) | | |
|       Debtor | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | David D. Cleary |

## MOTION TO MODIFY CONFIRMED PLAN

NOW COMES the Debtor, Ms. Nicole DeRoo (the "Debtor"), by and through her attorneys, Geraci Law L.L.C., to present her **MOTION TO MODIFY CONFIRMED PLAN,** and states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b)(2).

2. The Debtor filed her Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Act on 02/24/2022.

3. The Debtor's plan was confirmed by the Court on 5/9/2022 with monthly plan payments of $1,025 and a minimum unsecured dividend of not less than 100%.

4. The Debtor has advised that since that date her household expenses, most notably rent, utilities and medical expenses, have increased. Despite a small increase in her net monthly income the Debtor's budget will only support ongoing monthly plan payments of $720. See attached Exhibit A.

5. These payments, extrapolated over the remaining available plan term, would project to a minimum unsecured dividend of 51%.

6. If this Court were willing to lower the Debtor's plan to this level it would be appropriate to add in language that the Debtor tender her income tax returns and refunds in excess of $1,200 to the Chapter 13 Trustee as additional plan payments going forward.

WHEREFORE THE DEBTOR, Ms. Nicole DeRoo, respectfully requests this Honorable Court enter an order:

1. Reducing ongoing monthly plan payments to $720,

2. Reducing the minimum unsecured dividend to 51%,

3. Requiring that for the remainder of the plan term the Debtor tender her income tax returns to the Chapter 13 Trustee for the preceding calendar year no later than April 20 of each year along with any income tax refunds in excess of $1,200 as additional plan payments, and

4. For any other relief the court deems proper.

**By:** ____/s/ Dale Allen Riley__
Dale Allen Riley

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph): 312.332.1800 (Fax): 877.247.1960