| Prescription | Cost | Days Covered | Daily Cost | Monthly Average |
|---|---|---|---|---|
| Hydrocodone | $20 | 22 | $0.91 | $27.57 |
| Amphetamine Salts | $20 | 30 | $0.67 | $20.22 |
| Atorvastatin | $80 | 90 | $0.89 | $26.96 |
| Alprazolam | $15.05 | 30 | $0.50 | $15.22 |
| Meformin | $40 | 90 | $0.44 | $13.48 |
| Omeprazole | $31.38 | 90 | $0.35 | $10.58 |
| Venlafaxine | $40 | 90 | $0.44 | $13.48 |
| Doxycycline | $9.87 | 10 | $0.99 | $29.94 |
| | | | **Average monthly total:** | $157.44 |





# Financial Summary

## Nicole Deroo

DOB 07/28/1975                                    $722.91



### HYDROCODONE-ACETAMIN 5-325 MG TABLET

| | |
|---|---|
| RX # | **1020523** |
| SUPPLY | 22 - day |
| QUANTITY | 90 |
| LAST FILLED | 01/12/2023 |
| YOUR COST | $20.00 |

### AMPHETAMINE SALTS 20 MG TABLET TABLET

| | |
|---|---|
| RX # | **1016398** |
| SUPPLY | 30 - day |
| QUANTITY | 60 |
| LAST FILLED | 12/29/2022 |
| YOUR COST | $20.00 |

### HYDROCODONE-ACETAMIN 5-325 MG TABLET

| | |
|---|---|
| RX # | **1016394** |
| SUPPLY | 22 - day |
| QUANTITY | 90 |
| LAST FILLED | 12/24/2022 |
| YOUR COST | $30.89 |

### ALPRAZOLAM 0.25 MG TABLET TABLET

   


**4** prescriptions ready at
**16701 S. HARLEM AVE.**

---

**VENLAFAXINE HCL ER...**                     $40.00

For You

---

**OMEPRAZOLE DR...** ⓘ                    $20.00

For You

---

**GABAPENTIN 1...** ⓘ                    $11.89

For You

---

**MELOXICAM 15 MG TABLET** ⓘ            $32.16

For You

---

**Subtotal**                                **$104.05**

### Let's make this more convenient:

🏪  You can prepay now for faster pick up

🚚  Delivery isn't available for these items

▶  **Learn why**

**Add to cart**


  

11:27 



# Financial Summary

## DOXYCYCLINE HYCLATE 100 MG CAP CAPSULE

| | |
|---|---|
| RX # | **0954162** |
| SUPPLY | 10 - day |
| QUANTITY | 20 |
| LAST FILLED | 05/02/2022 |
| YOUR COST | $9.87 |

## AMOXICILLIN-CLAV 875-125MG TAB TABLET

| | |
|---|---|
| RX # | **0954161** |
| SUPPLY | 10 - day |
| QUANTITY | 20 |
| LAST FILLED | 05/02/2022 |
| YOUR COST | $2.54 |

## FLUCONAZOLE 150 MG TABLET TABLET

| | |
|---|---|
| RX # | **0956622** |
| SUPPLY | 1 - day |
| QUANTITY | 1 |
| LAST FILLED | 05/02/2022 |
| YOUR COST | $0.45 |

## AZITHROMYCIN 250 MG TABLET TABLET

| | |
|---|---|
| RX # | **0954163** |
| SUPPLY | 5 - day |

   

### METFORMIN HCL 500 MG TABLET TABLET

| | |
|---|---|
| RX # | **0920612** |
| SUPPLY | 90 - day |
| QUANTITY | 360 |
| LAST FILLED | 07/12/2022 |
| YOUR COST | $40.00 |

### OMEPRAZOLE DR 40 MG CAPSULE CAPSULE,DELAYED RELEASE(DR/EC)

| | |
|---|---|
| RX # | **0937513** |
| SUPPLY | 90 - day |
| QUANTITY | 90 |
| LAST FILLED | 07/12/2022 |
| YOUR COST | $38.71 |

### HYDROCODONE-ACETAMIN 5-325 MG TABLET

| | |
|---|---|
| RX # | **0973645** |
| SUPPLY | 7 - day |
| QUANTITY | 30 |
| LAST FILLED | 07/12/2022 |
| YOUR COST | $4.66 |

### AMPHETAMINE SALTS 20 MG TABLET TABLET

| | |
|---|---|
| RX # | **0973648** |

   

11:27 

 **Financial Summary**

> ### AMPHETAMINE SALTS 20 MG TABLET TABLET

| | |
|---|---|
| RX # | **0973648** |
| SUPPLY | 30 - day |
| QUANTITY | 60 |
| LAST FILLED | 07/12/2022 |
| YOUR COST | $20.00 |

> ### AMPHETAMINE SALTS 20 MG TABLET TABLET

| | |
|---|---|
| RX # | **0966733** |
| SUPPLY | 30 - day |
| QUANTITY | 60 |
| LAST FILLED | 06/11/2022 |
| YOUR COST | $20.00 |

> ### AMPHETAMINE SALTS 20 MG TABLET TABLET

| | |
|---|---|
| RX # | **0959375** |
| SUPPLY | 30 - day |
| QUANTITY | 60 |
| LAST FILLED | 05/12/2022 |
| YOUR COST | $20.00 |

> ### DOXYCYCLINE HYCLATE 100 MG CAP CAPSULE

| | |
|---|---|
| RX # | **0954162** |


Home


Show Card


Account


Find Store

11:27 

 **Financial Summary**

> **METFORMIN HCL 500 MG TABLET TABLET**

| | |
|---|---|
| RX # | **0920612** |
| SUPPLY | 90 - day |
| QUANTITY | 360 |
| LAST FILLED | 07/12/2022 |
| YOUR COST | $40.00 |

> **OMEPRAZOLE DR 40 MG CAPSULE CAPSULE,DELAYED RELEASE(DR/EC)**

| | |
|---|---|
| RX # | **0937513** |
| SUPPLY | 90 - day |
| QUANTITY | 90 |
| LAST FILLED | 07/12/2022 |
| YOUR COST | $38.71 |

> **HYDROCODONE-ACETAMIN 5-325 MG TABLET**

| | |
|---|---|
| RX # | **0973645** |
| SUPPLY | 7 - day |
| QUANTITY | 30 |
| LAST FILLED | 07/12/2022 |
| YOUR COST | $4.66 |

> **AMPHETAMINE SALTS 20 MG TABLET TABLET**

| | |
|---|---|
| RX # | **0973648** |


Home


Show Card


Account


Find Store



11:27 



# Financial Summary

> ## METFORMIN HCL 500 MG TABLET TABLET

| | |
|---|---|
| RX # | **0920612** |
| SUPPLY | 90 - day |
| QUANTITY | 360 |
| LAST FILLED | 07/12/2022 |
| YOUR COST | $40.00 |

> ## OMEPRAZOLE DR 40 MG CAPSULE CAPSULE,DELAYED RELEASE(DR/EC)

| | |
|---|---|
| RX # | **0937513** |
| SUPPLY | 90 - day |
| QUANTITY | 90 |
| LAST FILLED | 07/12/2022 |
| YOUR COST | $38.71 |

> ## HYDROCODONE-ACETAMIN 5-325 MG TABLET

| | |
|---|---|
| RX # | **0973645** |
| SUPPLY | 7 - day |
| QUANTITY | 30 |
| LAST FILLED | 07/12/2022 |
| YOUR COST | $4.66 |

> ## AMPHETAMINE SALTS 20 MG TABLET TABLET

| | |
|---|---|
| RX # | **0973648** |


Home


Show Card


Account


Find Store

## HYDROCODONE-ACETAMIN 5-325 MG TABLET

| | |
|---|---|
| RX # | **0987501** |
| SUPPLY | 7 - day |
| QUANTITY | 30 |
| LAST FILLED | 09/07/2022 |
| YOUR COST | $11.89 |

## DEXTROAMP-AMPHETAMIN 20 MG TAB TABLET

| | |
|---|---|
| RX # | **0983372** |
| SUPPLY | 30 - day |
| QUANTITY | 60 |
| LAST FILLED | 08/22/2022 |
| YOUR COST | $20.00 |

## HYDROCODONE-ACETAMIN 5-325 MG TABLET

| | |
|---|---|
| RX # | **0980302** |
| SUPPLY | 7 - day |
| QUANTITY | 30 |
| LAST FILLED | 08/09/2022 |
| YOUR COST | $4.66 |

## METFORMIN HCL 500 MG TABLET TABLET

| | |
|---|---|
| RX # | **0920612** |

   

11:27

# Financial Summary

> ## HYDROCODONE-ACETAMIN 5-325 MG TABLET

| | |
|---|---|
| RX # | **0987501** |
| SUPPLY | 7 - day |
| QUANTITY | 30 |
| LAST FILLED | 09/07/2022 |
| YOUR COST | $11.89 |

> ## DEXTROAMP-AMPHETAMIN 20 MG TAB TABLET

| | |
|---|---|
| RX # | **0983372** |
| SUPPLY | 30 - day |
| QUANTITY | 60 |
| LAST FILLED | 08/22/2022 |
| YOUR COST | $20.00 |

> ## HYDROCODONE-ACETAMIN 5-325 MG TABLET

| | |
|---|---|
| RX # | **0980302** |
| SUPPLY | 7 - day |
| QUANTITY | 30 |
| LAST FILLED | 08/09/2022 |
| YOUR COST | $4.66 |

> ## METFORMIN HCL 500 MG TABLET TABLET

| | |
|---|---|
| RX # | **0920612** |

 Home     Show Card     Account     Find Store

## AMPHETAMINE SALTS 20 MG TABLET TABLET

| | |
|---|---|
| RX # | **1001017** |
| SUPPLY | 30 - day |
| QUANTITY | 60 |
| LAST FILLED | 10/25/2022 |
| YOUR COST | $20.00 |

## HYDROCODONE-ACETAMIN 5-325 MG TABLET

| | |
|---|---|
| RX # | **0992076** |
| SUPPLY | 22 - day |
| QUANTITY | 90 |
| LAST FILLED | 09/24/2022 |
| YOUR COST | $20.00 |

## AMPHETAMINE SALTS 20 MG TABLET TABLET

| | |
|---|---|
| RX # | **0990966** |
| SUPPLY | 30 - day |
| QUANTITY | 60 |
| LAST FILLED | 09/20/2022 |
| YOUR COST | $20.00 |

## HYDROCODONE-ACETAMIN 5-325 MG TABLET

| | |
|---|---|
| RX # | **0987501** |

   

> ## AMPHETAMINE SALTS 20 MG TABLET TABLET

| | |
|---|---|
| RX # | **1001017** |
| SUPPLY | 30 - day |
| QUANTITY | 60 |
| LAST FILLED | 10/25/2022 |
| YOUR COST | $20.00 |

> ## HYDROCODONE-ACETAMIN 5-325 MG TABLET

| | |
|---|---|
| RX # | **0992076** |
| SUPPLY | 22 - day |
| QUANTITY | 90 |
| LAST FILLED | 09/24/2022 |
| YOUR COST | $20.00 |

> ## AMPHETAMINE SALTS 20 MG TABLET TABLET

| | |
|---|---|
| RX # | **0990966** |
| SUPPLY | 30 - day |
| QUANTITY | 60 |
| LAST FILLED | 09/20/2022 |
| YOUR COST | $20.00 |

> ## HYDROCODONE-ACETAMIN 5-325 MG TABLET

| | |
|---|---|
| RX # | **0987501** |

   

11:27

# Financial Summary

> ## AMPHETAMINE SALTS 20 MG TABLET TABLET

| | |
|---|---|
| RX # | **1001017** |
| SUPPLY | 30 - day |
| QUANTITY | 60 |
| LAST FILLED | 10/25/2022 |
| YOUR COST | $20.00 |

> ## HYDROCODONE-ACETAMIN 5-325 MG TABLET

| | |
|---|---|
| RX # | **0992076** |
| SUPPLY | 22 - day |
| QUANTITY | 90 |
| LAST FILLED | 09/24/2022 |
| YOUR COST | $20.00 |

> ## AMPHETAMINE SALTS 20 MG TABLET TABLET

| | |
|---|---|
| RX # | **0990966** |
| SUPPLY | 30 - day |
| QUANTITY | 60 |
| LAST FILLED | 09/20/2022 |
| YOUR COST | $20.00 |

> ## HYDROCODONE-ACETAMIN 5-325 MG TABLET

| | |
|---|---|
| RX # | **0987501** |

 Home

 Show Card

 Account

 Find Store

11:27

# Financial Summary

> ## AMPHETAMINE SALTS 20 MG TABLET TABLET

| | |
|---|---|
| RX # | **1001017** |
| SUPPLY | 30 - day |
| QUANTITY | 60 |
| LAST FILLED | 10/25/2022 |
| YOUR COST | $20.00 |

> ## HYDROCODONE-ACETAMIN 5-325 MG TABLET

| | |
|---|---|
| RX # | **0992076** |
| SUPPLY | 22 - day |
| QUANTITY | 90 |
| LAST FILLED | 09/24/2022 |
| YOUR COST | $20.00 |

> ## AMPHETAMINE SALTS 20 MG TABLET TABLET

| | |
|---|---|
| RX # | **0990966** |
| SUPPLY | 30 - day |
| QUANTITY | 60 |
| LAST FILLED | 09/20/2022 |
| YOUR COST | $20.00 |

> ## HYDROCODONE-ACETAMIN 5-325 MG TABLET

| | |
|---|---|
| RX # | **0987501** |

   

11:27 

# Financial Summary

> ## VENLAFAXINE HCL ER 37.5 MG CAP
> capsule,extended release 24hr

| | |
|---|---|
| RX # | **1005421** |
| SUPPLY | 90 - day |
| QUANTITY | 180 |
| LAST FILLED | 11/09/2022 |
| YOUR COST | $40.00 |

> ## ALPRAZOLAM 0.25 MG TABLET TABLET

| | |
|---|---|
| RX # | **1005427** |
| SUPPLY | 30 - day |
| QUANTITY | 60 |
| LAST FILLED | 11/09/2022 |
| YOUR COST | $15.05 |

> ## HYDROCODONE-ACETAMIN 5-325 MG TABLET

| | |
|---|---|
| RX # | **1001016** |
| SUPPLY | 22 - day |
| QUANTITY | 90 |
| LAST FILLED | 10/25/2022 |
| YOUR COST | $20.00 |

> ## AMPHETAMINE SALTS 20 MG TABLET TABLET

| | |
|---|---|
| RX # | **1001017** |

   



# Financial Summary

> ### VENLAFAXINE HCL ER 37.5 MG CAP
> capsule,extended release 24hr

| RX # | **1005421** |
| --- | --- |
| SUPPLY | 90 - day |
| QUANTITY | 180 |
| LAST FILLED | 11/09/2022 |
| YOUR COST | $40.00 |

> ### ALPRAZOLAM 0.25 MG TABLET TABLET

| RX # | **1005427** |
| --- | --- |
| SUPPLY | 30 - day |
| QUANTITY | 60 |
| LAST FILLED | 11/09/2022 |
| YOUR COST | $15.05 |

> ### HYDROCODONE-ACETAMIN 5-325 MG TABLET

| RX # | **1001016** |
| --- | --- |
| SUPPLY | 22 - day |
| QUANTITY | 90 |
| LAST FILLED | 10/25/2022 |
| YOUR COST | $20.00 |

> ### AMPHETAMINE SALTS 20 MG TABLET TABLET

| RX # | **1001017** |
| --- | --- |


Home


Show Card


Account


Find Store

11:27 

# Financial Summary

> ### HYDROCODONE-ACETAMIN 5-325 MG TABLET

| | |
|---|---|
| RX # | **1006780** |
| SUPPLY | 22 - day |
| QUANTITY | 90 |
| LAST FILLED | 11/15/2022 |
| YOUR COST | $20.00 |

> ### OMEPRAZOLE DR 40 MG CAPSULE
> CAPSULE,DELAYED RELEASE(DR/EC)

| | |
|---|---|
| RX # | **0992435** |
| SUPPLY | 90 - day |
| QUANTITY | 90 |
| LAST FILLED | 11/09/2022 |
| YOUR COST | $31.38 |

> ### METFORMIN HCL 500 MG TABLET TABLET

| | |
|---|---|
| RX # | **0992436** |
| SUPPLY | 90 - day |
| QUANTITY | 360 |
| LAST FILLED | 11/09/2022 |
| YOUR COST | $40.00 |

> ### VENLAFAXINE HCL ER 37.5 MG CAP
> capsule,extended release 24hr

| | |
|---|---|
| RX # | **1005421** |

 Home    Show Card    Account    Find Store



# Financial Summary

> ### HYDROCODONE-ACETAMIN 5-325 MG TABLET

| | |
|---|---|
| RX # | **1006780** |
| SUPPLY | 22 - day |
| QUANTITY | 90 |
| LAST FILLED | 11/15/2022 |
| YOUR COST | $20.00 |

> ### OMEPRAZOLE DR 40 MG CAPSULE CAPSULE,DELAYED RELEASE(DR/EC)

| | |
|---|---|
| RX # | **0992435** |
| SUPPLY | 90 - day |
| QUANTITY | 90 |
| LAST FILLED | 11/09/2022 |
| YOUR COST | $31.38 |

> ### METFORMIN HCL 500 MG TABLET TABLET

| | |
|---|---|
| RX # | **0992436** |
| SUPPLY | 90 - day |
| QUANTITY | 360 |
| LAST FILLED | 11/09/2022 |
| YOUR COST | $40.00 |

> ### VENLAFAXINE HCL ER 37.5 MG CAP capsule,extended release 24hr

| | |
|---|---|
| RX # | **1005421** |

   

11:26

# Financial Summary

> ## HYDROCODONE-ACETAMIN 5-325 MG TABLET

| | |
|---|---|
| RX # | **1011864** |
| SUPPLY | 22 - day |
| QUANTITY | 90 |
| LAST FILLED | 12/05/2022 |
| YOUR COST | $20.00 |

> ## BINAXNOW COVID-19 AG SELF TEST KIT

| | |
|---|---|
| RX # | **1011566** |
| SUPPLY | 8 - day |
| QUANTITY | 8 |
| LAST FILLED | 12/02/2022 |
| YOUR COST | $0.00 |

> ## AMPHETAMINE SALTS 20 MG TABLET TABLET

| | |
|---|---|
| RX # | **1005402** |
| SUPPLY | 30 - day |
| QUANTITY | 60 |
| LAST FILLED | 11/21/2022 |
| YOUR COST | $20.00 |

> ## HYDROCODONE-ACETAMIN 5-325 MG TABLET

| | |
|---|---|
| RX # | **1006780** |

   



# Financial Summary

> ## HYDROCODONE-ACETAMIN 5-325 MG TABLET

| | |
|---|---|
| RX # | **1016394** |
| SUPPLY | 22 - day |
| QUANTITY | 90 |
| LAST FILLED | 12/24/2022 |
| YOUR COST | $30.89 |

> ## ALPRAZOLAM 0.25 MG TABLET TABLET

| | |
|---|---|
| RX # | **1017481** |
| SUPPLY | 30 - day |
| QUANTITY | 60 |
| LAST FILLED | 12/23/2022 |
| YOUR COST | $15.05 |

> ## ATORVASTATIN 40 MG TABLET TABLET

| | |
|---|---|
| RX # | **0903642** |
| SUPPLY | 90 - day |
| QUANTITY | 90 |
| LAST FILLED | 12/05/2022 |
| YOUR COST | $80.00 |

> ## HYDROCODONE-ACETAMIN 5-325 MG TABLET

| | |
|---|---|
| RX # | **1011864** |
| SUPPLY | 22 - day |

   

# Financial Summary

### HYDROCODONE-ACETAMIN 5-325 MG TABLET

| | |
|---|---|
| RX # | **1016394** |
| SUPPLY | 22 - day |
| QUANTITY | 90 |
| LAST FILLED | 12/24/2022 |
| YOUR COST | $30.89 |

### ALPRAZOLAM 0.25 MG TABLET TABLET

| | |
|---|---|
| RX # | **1017481** |
| SUPPLY | 30 - day |
| QUANTITY | 60 |
| LAST FILLED | 12/23/2022 |
| YOUR COST | $15.05 |

### ATORVASTATIN 40 MG TABLET TABLET

| | |
|---|---|
| RX # | **0903642** |
| SUPPLY | 90 - day |
| QUANTITY | 90 |
| LAST FILLED | 12/05/2022 |
| YOUR COST | $80.00 |

### HYDROCODONE-ACETAMIN 5-325 MG TABLET

| | |
|---|---|
| RX # | **1011864** |
| SUPPLY | 22 - day |

   

11:26

# Financial Summary

## Nicole Deroo

DOB 07/28/1975                                    $722.91

> ### HYDROCODONE-ACETAMIN 5-325 MG TABLET

| | |
|---|---|
| RX # | **1020523** |
| SUPPLY | 22 - day |
| QUANTITY | 90 |
| LAST FILLED | 01/12/2023 |
| YOUR COST | $20.00 |

∧ ### AMPHETAMINE SALTS 20 MG TABLET TABLET

| | |
|---|---|
| RX # | **1016398** |
| SUPPLY | 30 - day |
| QUANTITY | 60 |
| LAST FILLED | 12/29/2022 |
| YOUR COST | $20.00 |

**Last Filled Dec. 29, 2022**

| | |
|---|---|
| FULFILLED BY | **CVS/pharmacy®** |
| YOU PAID | $20.00 |

> ### HYDROCODONE-ACETAMIN 5-325 MG TABLET

| | |
|---|---|
| RX # | **1016394** |
| SUPPLY | 22 - day |

 Home      Show Card      Account      Find Store